FILED
IN THE OFFICE OF THE
CLERK OF SUPREME COURT
DECEMBER 15, 2023
STATE OF NORTH DAKOTA

# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2023 ND 238

In the Interest of J.M.M., Born in 2017

A.B.M., Biological Father, Petitioner and Appellee

v.

A.M.M., Biological Mother, Respondent and Appellant

and

J.M.M., Minor Child, Respondent

No. 20230348

Appeal from the Juvenile Court of Burleigh County, South Central Judicial District, the Honorable Pamela A. Nesvig, Judge.

AFFIRMED.

Per Curiam.

Theresa L. Kellington, Bismarck, ND, for petitioner and appellee.

William Woodworth, Bismarck, ND, for respondent and appellant.

**Interest of J.M.M.**
**No. 20230348**

**Per Curiam.**

[¶1] A.M.M. appeals from a juvenile court order terminating her parental rights to J.M.M. She argues the court erred when it found she abandoned J.M.M. and that the court abused its discretion in terminating her parental rights. We conclude the court's findings are not clearly erroneous and the court did not abuse its discretion when it terminated A.M.M.'s parental rights. *See Interest of A.C.*, 2022 ND 123, ¶ 5, 975 N.W.2d 567 (the clearly erroneous standard of review applies to factual findings made in a termination of parental rights proceeding); *see also Interest of A.P.*, 2022 ND 131, ¶ 2, 976 N.W.2d 244 (whether terminating parental rights would promote the child's welfare is left to the court's discretion when the required elements are proven by clear and convincing evidence). We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (4).

[¶2] Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr